UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.: 11-cr-00330-BEL |
| vs. | * | |
| CEPHUS MURRELL | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ENTRY OF APPEARANCE

Please enter the appearance of William R. Buie III of William R. Buie III, P.A., his attorney, on behalf of Cephus Murrell in the above-captioned matter.

Respectfully submitted,

WILLIAM R. BUIE III, ESQUIRE
WILLIAM R. BUIE III, P.A.
Suite 201
312 North Charles Street
Baltimore Maryland 21201
(410) 576-7666
Attorney for the Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY 25th day of September, 2013, a copy of the a foregoing Entry of Appearance was e-mailed via ECF to: the Assistant United States Attorney for the District of Maryland, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

WILLIAM R. BUIE III

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.: 1:11-cr-00330-BEL |
| vs. | * | |
| CEPHUS MURRELL | * | |

* * * * * * * * * * * *

### MOTION TO ALLOW DEFENDANT TO RENT PERSONAL HOME

Cephus Murrell, by and through William R. Buie III, Esquire of William R. Buie III, Esquire, request that this court allow above-noted defendant now on supervised release to rent personal his home, 600 Laurel Hill Lane, Catonsville, Maryland 21228, based on the following:

(1) That, as the Court may recall, Defendant was a landlord with lead paint violations. As such, the Defendant is prohibited from directly renting property while on supervised release.

(2) That Defendant would like to occupy the premises in the main premises, the actual house, and he would like to rent the two attached apartments.

(3) That Defendant's personal home was built in 1985, and therefore lead paint is not a risk.

(4) That Pretrial Services Agent, Gregory Swillo, has no objection to this request.

Respectfully submitted,

WILLIAM R. BUIE III, ESQUIRE
WILLIAM R. BUIE III, P.A.

> 312 North Charles Street, Suite 201
> Baltimore Maryland 21201
> (410) 576-7666
> Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY 25th day of September 2013, a copy of the a foregoing Entry of Appearance was e-mailed via ECF to: the Assistant United State's Attorney for the District of Maryland, P. Michael Cunningham, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

                                                                                    _____
                                                                                    WILLIAM R. BUIE III, ESQUIRE